# United States Bankruptcy Court

41

FOR THE

District of Maryland/Northern Division

IN RE: RAHEEM BRIZZ
    4 SUMMERSET COURT
    BALTIMORE, MD  21207-0000

CASE No: 04-1-9628-JS

JUDGE: James F. Schneider

## FINAL REPORT AND ACCOUNT

This Case was commenced on  04/19/2004

The Plan was confirmed on  00/00/0000

The Case was concluded on  12/17/2004

Dismissed Prior to Confirmation

The Trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements.  Copies of these detailed records are available upon request and are incorporated by reference in this report.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors.  $600.00

| Disbursements to Creditors Creditor's name | Claim Number: | Classification | Amount Allowed | Amount Paid Principal | Amount Paid Interest | Balance Due |
|---|---|---|---|---|---|---|
| RAHEEM BRIZZ | 999 | Debtor Refund | $600.00 | $600.00 | $0.00 | $0.00 |

SUMMARY OF CLAIMS ALLOWED AND PAID:

|  | SECURED | PRIORITY | GENERAL | ADMIN/ATTY | SPECIAL | TOTAL | TOTAL PAID PRINCIPAL AND INTEREST |
|---|---|---|---|---|---|---|---|
| AMOUNT ALLOWED | $0.00 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | |
| PRINCIPAL PAID | $0.00 | $0.00 | $0.00 | $0.00 | $600.00 | $600.00 | |
| INTEREST PAID | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $600.00 |

OTHER DISBURSEMENTS UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | FEE ALLOWED | FEE PAID |
|---|---|---|
| JAMES R LOGAN ESQUIRE | $0.00 | $0.00 |
| 2539 N CHARLES STREET,  BALTIMORE, MD  21218 | | |

| COURT COSTS AND OTHER EXPENSES OF ADMINISTRATION | FILING FEE AND DEPOSIT | ADDITIONAL CHARGES | | TRUSTEE FEES | OTHER COST | |
|---|---|---|---|---|---|---|
| | | CLERK'S CHARGES | 25¢ EACH CLAIM OVER 10 | | | |
| | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

WHEREFORE, the Trustee requests that an order be entered discharging her as Trustee and releasing her and the Trustee's surety from any and all liability on account of this proceeding, and closing the estate, and for such other and further relief as is just.

DATED:  11/17/2005

/s/ ELLEN W. COSBY

Ellen W. Cosby, Trustee